## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:10CR220** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **STEPHEN ALAN MACOMBER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community.  At the time of his initial appearance before the court, the defendant was in the custody of Kansas state authorities on state charges.  Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Stephen Alan Macomber pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

**IT IS FURTHER ORDERED:**

The U.S. Marshal for the District of Nebraska is directed to maintain custody of the defendant pending trial of this matter rather than return the defendant to the custody of the Kansas state authorities.

DATED this 27th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge