# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:10CR220 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHEN ALAN MACOMBER, | ) | |
| | ) | |
| Defendant. | | |

The defendant has been allowed to act as his own counsel and appear pro se in this matter. The court has been presented a request by the defendant to appoint stand-by counsel. After a review of the defendant's financial condition, I find that the above-named defendant is eligible for appointment of stand-by counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** the Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter as stand-by counsel.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska who, in turn, shall provide a copy to the defendant.

DATED this 1st day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge